**FILED**

JUL 2 3 2024

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:_____ Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number 3:24-cr-00020-ART-CSD |
| Plaintiff, | ) | |
| vs. | ) | |
| RAFAEL SANCHEZ-AGUIRRE, | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is <u>A216 220 525</u>.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this 23rd day of July 2024.

_____
ROBERT A. MCQUAID JR.
UNITED STATES MAGISTRATE JUDGE