# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL SANCHEZ-AGUIRRE,<br><br>Defendant. | Case No. 3:24-cr-00020-ART-CSD<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice (ECF No. 33)** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant, Rafael Sanchez-Aguirre.

SUE FAHAMI
Acting United States Attorney

*/s/ Randolph J. St. Clair*
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

It is further ordered that the Appearance Bond (ECF No. 32) is exonerated.

DATED this 18th day of March, 2025.

HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE